

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. AP-76,307

---

### EX PARTE JOSEPH DENNIS LEWIS, Applicant

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1060932-A IN THE 178TH JUDICIAL DISTRICT COURT
### FROM HARRIS COUNTY

---

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Lewis v. State*, No. 14-07-00377-CR (Tex. App. - Houston [14th Dist.], May 29, 2008).

Applicant contends that he was denied the opportunity to petition this Court for discretionary review, because counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of his right to petition for discretionary review *pro se.* Appellate counsel filed

an affidavit with the trial court, indicating that he timely mailed the notification to Applicant. We remanded this application to the trial court for findings of fact and conclusions of law.

The record has now been supplemented with an affidavit and authenticated copies of the prison mail logs from Applicant's unit during the applicable period of time. Based on those documents, the trial court has entered findings of fact and conclusions of law that Applicant did not timely receive the notification from appellate counsel that his conviction had been affirmed and that he had a right to petition for discretionary review *pro se. See Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in Cause No. 14-07-00377-CR that affirmed his conviction in Cause No. 1060932-A from the 178th Judicial District Court of Harris County. Applicant shall file his petition for discretionary review with the Fourteenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: March 3, 2010
Do not publish